

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00530-CR

| | | |
|---|---|---|
| Ronnie Leon Dabney | § | From the 30th District Court |
| | § | of Wichita County (51,705-A) |
| | § | October 16, 2014 |
| v. | § | Opinion by Justice Dauphinot |
| | § | Dissent by Justice Walker |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for a new trial.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
    Justice Lee Ann Dauphinot